705 A.2d 1211

IN THE MATTER OF RUDOLPH A. PALOMBI,
JR., AN ATTORNEY AT LAW.

February 26, 1998.

## ORDER

The Disciplinary Review Board on September 12, 1997, having filed with the Court its decision concluding that **RUDOLPH A. PALOMBI, JR.**, of **TRENTON**, who was admitted to the bar of this State in 1984, should be suspended from the practice of law for a period of three months for violating *RPC* 1.2(e) (not informing client that expected action violated RPCs) and *RPC* 7.1(a)(2) (making a false or misleading communication that implied respondent could achieve results that would violate RPCs), and good cause appearing;

It is ORDERED that **RUDOLPH A. PALOMBI, JR.**, is hereby suspended from the practice of law for a period of three months, effective March 24, 1998, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.